**Kelly Toys Holdings, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-03025**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | ahgreenmart.en.alibaba.com | Anhui Greenmart Imp. & Exp. Co., Ltd. |
| 2 | tongchuangtoy.en.alibaba.com | Dongguan Tongchuang Toy Co., Ltd. |
| 3 | kuluomi.en.alibaba.com | Rongcheng Kulomi Trading Co., Ltd. |
| 4 | awesomeelec.en.alibaba.com | Shenzhen Awesome Elec Technology Co., Ltd. |
| 5 | body.en.alibaba.com | Shenzhen Yishangju Technology Co., Ltd. |
| 6 | zhongshiqitech.en.alibaba.com | Shenzhen Zhongshiqi Technology Co., Ltd. |
| 7 | ainiyipin.en.alibaba.com | Yangzhou Aini Yipin Toys & Gifts Co., Ltd. |
| 8 | yzwstoy.en.alibaba.com | Yangzhou Wosen Toys Co., Ltd. |
| 9 | amazon.com/sp?seller=A35Z9QG7RJJ5QP | A35Z9QG7RJJ5QP |
| 10 | amazon.com/sp?seller=A204IW07SX144R | Acoavo |
| 11 | amazon.com/sp?seller=A1YCQUP5AOGK25 | Ananya Gifts |
| 12 | amazon.com/sp?seller=AER3P3SJIUTHV | anxixianfengchengtaixichahang |
| 13 | amazon.com/sp?seller=AKJQCH5OFHSFH | anZhuoXianMaoYiYou |
| 14 | amazon.com/sp?seller=A1K6PFI66IZ9XK | bnhcdusfgvsdf |
| 15 | amazon.com/sp?seller=AHIS8IQ7W3B1U | caixiaoqiangdexiaodian |
| 16 | amazon.com/sp?seller=A2I2VNTIWPSRQ6 | CasaVibe |
| 17 | amazon.com/sp?seller=A160J4FDWR6ND | Chuangzhou |
| 18 | amazon.com/sp?seller=A2PASAAHXX6UIU | Cute St!ckers |
| 19 | amazon.com/sp?seller=A3I0I30ERKN7K1 | dingandingchengfengnianshangmaoshanghang |
| 20 | amazon.com/sp?seller=A1QBMKTEGJIOVI | DKDNES |
| 21 | amazon.com/sp?seller=A25TGR2WZOZNGN | DNK-I FAMILY GIFTS |
| 22 | amazon.com/sp?seller=A17FJHX15Q2F0Q | DOINSTETOY |
| 23 | amazon.com/sp?seller=A6BLS8OQD5SBP | dukelindedian |
| 24 | amazon.com/sp?seller=AIYKJGRRS3917 | EEppek US |
| 25 | amazon.com/sp?seller=A3A9L3ZZLTSM6Z | exshijiacu |
| 26 | amazon.com/sp?seller=A4UNAJ6UT47RJ | FishOne |
| 27 | amazon.com/sp?seller=AJXJG2WXEKQ9J | fntech |
| 28 | amazon.com/sp?seller=AI5Y8CUS1A0YI | gshengpanjins |
| 29 | amazon.com/sp?seller=A2CQX45PKCFBQL | GuangZhouBuNiShangMaoYouXianGongSi |
| 30 | amazon.com/sp?seller=A2JK67MCYS8CI6 | Hanchanghui-US |
| 31 | amazon.com/sp?seller=A1HXDBO61L0FL8 | HauzStore |
| 32 | amazon.com/sp?seller=ABJLXLP1LW5HI | Henan Kuoting Trading Co., Ltd |
| 33 | amazon.com/sp?seller=AS00BF5AQDI2H | HI HOME |
| 34 | amazon.com/sp?seller=A3BUG4B5GH03RU | Homelight Store |

| 35 | amazon.com/sp?seller=AQUHN7MHKI7GQ | Hyunhow Tech |
| --- | --- | --- |
| 36 | amazon.com/sp?seller=AS0KBPH5WCWR9 | jasshop |
| 37 | amazon.com/sp?seller=A2MON98LZ7RG1Z | Kaiyuan Dynasty |
| 38 | amazon.com/sp?seller=A3P33XU3V0TX3P | Lalamoon |
| 39 | amazon.com/sp?seller=ARF4161206TZY | Linhstore170999170999199 |
| 40 | amazon.com/sp?seller=A3O80T79OCSYD6 | liuchengdexiaodian |
| 41 | amazon.com/sp?seller=A3NAKRX7OCQWZU | LThaoo |
| 42 | amazon.com/sp?seller=A15UCRONWQHBGS | Mei shao nv zhan shi |
| 43 | amazon.com/sp?seller=AS645IM55INVK | Meitesti |
| 44 | amazon.com/sp?seller=A3MQJJLGXHQSO7 | MianChiXianHaoAnShangMaoYouXianGongSi |
| 45 | amazon.com/sp?seller=A2HTB1L7F7VKLC | Movqaiw |
| 46 | amazon.com/sp?seller=A2QD1O9P9DOE14 | NatureMan |
| 47 | amazon.com/sp?seller=A3213960YUHJ4Z | ning ling xian heng bi bai huo shang hang |
| 48 | amazon.com/sp?seller=A2I5BGX1MF9C85 | OUZJ |
| 49 | amazon.com/sp?seller=A2PLDBNXNNSKNG | PIngTzz |
| 50 | amazon.com/sp?seller=A1PPGLUE8JYPS5 | qiangtouzhaodongjia |
| 51 | amazon.com/sp?seller=A3C6TWHMJ3QYN1 | Qianhui franchise store |
| 52 | amazon.com/sp?seller=A30Y8AEI97I2 | qinhaojie78 |
| 53 | amazon.com/sp?seller=A2KPRC3X5YP7EU | SANSAN STICKER |
| 54 | amazon.com/sp?seller=AQRX4OS77E965 | Seekplore |
| 55 | amazon.com/sp?seller=A2KHLGP5ZHMCPD | shaobodianzishangwuyouxiangongsi |
| 56 | amazon.com/sp?seller=A1AC3JBL5TN9CA | SHEN STORE |
| 57 | amazon.com/sp?seller=ALXAJ92GB9JVZ | SHI1715 |
| 58 | amazon.com/sp?seller=A2PTMDYIWN2IOR | Shrunqi |
| 59 | amazon.com/sp?seller=A6KDMSL8KXU6H | SHUNTUMAO |
| 60 | amazon.com/sp?seller=ATV8EP8POCOMJ | TOYSHOPS |
| 61 | amazon.com/sp?seller=A2VXCYXC2Z8ZI0 | Tsinc |
| 62 | amazon.com/sp?seller=A1RIQADW8I5J72 | uaFuZhuangXiaoShouYou |
| 63 | amazon.com/sp?seller=A1X4RUKD7L5V4M | WEILYEE |
| 64 | amazon.com/sp?seller=A1O6EFJ0XLD8PN | xiangtanjiayinghuazhuangpingongzuoshi |
| 65 | amazon.com/sp?seller=A36P1ME8I220UO | Xiaojingling |
| 66 | amazon.com/sp?seller=AG6VKSVERRNMA | xiaoshuangdezahuodian |
| 67 | amazon.com/sp?seller=A3QYG0FCA1XGS5 | XICHENRUI |
| 68 | amazon.com/sp?seller=A100SVTOPG05DY | xisijiasijiafang |
| 69 | amazon.com/sp?seller=A36R7SRXJ33HBR | xxbin |
| 70 | amazon.com/sp?seller=AA31H2M0JBJDR | XXGX |
| 71 | amazon.com/sp?seller=A352EC2N2XS7AT | XYSJCQSUUS |
| 72 | amazon.com/sp?seller=A1Q5NBZECUH8Z0 | YANGHao |
| 73 | amazon.com/sp?seller=A2JFRVBDWRN0MS | Yi Lu Xing Cheng |
| 74 | amazon.com/sp?seller=A32Y2HPBML7VVM | yichangshiyilingqukuanshuobaihuodian(gerenduzi) |
| 75 | amazon.com/sp?seller=A1UM9RZV4OMY8G | Ying Ying accessories |
| 76 | amazon.com/sp?seller=AX1KVW1AYC3X7 | yingl |
| 77 | amazon.com/sp?seller=A2UPSJ8NF3VUVX | Yuanbensheng001 |

| 78 | amazon.com/sp?seller=A66G59XX20AHM | ZhouYu1988 |
| 79 | amazon.com/sp?seller=A1OUTSWBMH6DC0 | zhuxiaopengwo't |
| 80 | amazon.com/sp?seller=AI8E9QJQEGKE1 | zunhuaxinzhendianzishangwuyouxiangongsi |
| 81 | dhgate.com/store/21936980 | chhhice |
| 82 | dhgate.com/store/21940375 | credred |
| 83 | dhgate.com/store/21904381 | factory___kidstoys |
| 84 | dhgate.com/store/21800632 | myzc |
| 85 | ebay.com/usr/av0_74 | av0_74 |
| 86 | ebay.com/usr/fskd-e_78 | fskd-e_78 |
| 87 | ebay.com/usr/sanli1238 | sanli1238 |
| 88 | ebay.com/usr/zui2-17 | zui2-17 |
| 89 | temu.com/m-634418211253876.html | KampK |
| 90 | temu.com/m-2625239330228.html | Sticker Show |
| 91 | temu.com/m-634418211324716.html | Sticker town |
| 92 | temu.com/m-634418211649910.html | Wanderhero |
| 93 | walmart.com/seller/101501938 | Sugar adzuki beans |
| 94 | wish.com/merchant/6167ccf543f87dc37fbb6ff9 | fuxiazhi668 |